MICHAEL A. THURMAN, SBN 123303
THURMAN LEGAL
1105 E. Colorado Blvd., Fifth Floor
Pasadena, CA 91106
Phone Number: (626) 399-6205
Fax Number: (626) 380-4880
Email: michael@thurman-legal.com

Attorney for Defendant Guardian Tax Network Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

WILFREDA WALLER,

                         Plaintiff,

        vs.

GUARDIAN TAX RELIEF INC.,

                         Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 8:25-cv-02211-DOC-DFM

**DEFENDANT GUARDIAN TAX NETWORK INC.'S ANSWER TO CLASS ACTION COMPLAINT**

Judge: Hon. David O. Carter
Courtroom: 10A
Complaint served: October 14, 2025

Defendant Guardian Tax Network Inc. ("Defendant") answers the Class Action Complaint of Plaintiff Wilfreda Waller ("Plaintiff") as follows:

1. Defendant denies each and every allegation in the paragraph.

2. Defendant lacks sufficient information to admit or deny the quoted statement from *Drazen v. Pinto* and therefore denies each and every allegation in the paragraph.

3. Defendant denies each and every allegation in the paragraph.

4. Defendant denies each and every allegation in the paragraph.

5. Defendant lacks sufficient information to admit or deny Plaintiff's residence and therefore denies each and every allegation in the paragraph.

- 1 -
**DEFENDANT GUARDIAN TAX NETWORK INC.'S ANSWER TO CLASS ACTION COMPLAINT**

6. Defendant admits it is a Delaware corporation with a principal place of business in Irvine, California.

7. Defendant admits that the Court has federal-question jurisdiction over a TCPA claim.

8. Defendant admits that Defendant is headquartered in this District.

9. Defendant admits venue is proper under 28 U.S.C. § 1391 but denies that "a substantial part of the events" occurred in this District.

10. Defendant denies each and every allegation in the paragraph.

11. Defendant denies each and every allegation in the paragraph.

12. Defendant denies each and every allegation in the paragraph.

13. Defendant lacks sufficient knowledge to admit or deny and therefore denies each and every allegation in the paragraph.

14. Defendant denies each and every allegation in the paragraph.

15. Defendant lacks sufficient knowledge to admit or deny and therefore denies each and every allegation in the paragraph.

16. Defendant denies each and every allegation in the paragraph.

17. Defendant denies each and every allegation in the paragraph.

18. Defendant denies each and every allegation in the paragraph.

19. Defendant denies that class treatment is proper; the remainder consists of legal conclusions to which no response is required, but is denied to the extent a response is required.

20. Defendant denies each and every allegation in the paragraph.

21. Defendant denies each and every allegation in the paragraph.

22. Defendant denies each and every allegation in the paragraph.

23. Defendant denies each and every allegation in the paragraph.

24. Defendant denies each and every allegation in the paragraph.

25. Defendant denies each and every allegation in the paragraph.

**DEFENDANT GUARDIAN TAX NETWORK INC.'S ANSWER TO CLASS ACTION COMPLAINT**

26. Defendant denies each and every allegation in the paragraph.

27. Defendant denies each and every allegation in the paragraph.

28. Defendant denies each and every allegation in the paragraph.

29. Defendant incorporates its responses above.

30. Defendant asserts that the paragraph contains only legal conclusions, and the allegations are denied to the extent a response is required.

31. Defendant asserts that the paragraph contains only legal conclusions, and the allegations are denied to the extent a response is required.

32. Defendant asserts that the paragraph contains only legal conclusions, and the allegations are denied to the extent a response is required.

33. Defendant denies each and every allegation in the paragraph.

34. Defendant denies each and every allegation in the paragraph.

35. Defendant denies each and every allegation in the paragraph.

36. Defendant denies each and every allegation in the paragraph.

37. Defendant denies each and every allegation in the paragraph.

## REQUEST FOR RELIEF

Defendant denies Plaintiff is entitled to any of the relief sought, including certification, damages, injunctive relief, declaratory relief, or attorneys' fees. Defendant respectfully requests that the Court:

1. Dismiss Plaintiff's Complaint with prejudice;

2. Deny class certification;

3. Award Defendant its costs and attorneys' fees where permitted; and

4. Award any further relief the Court deems just and proper.

## AFFIRMATIVE DEFENSES

Without admitting any burden of proof, Defendant asserts the following defenses under Fed. R. Civ. P. 8(c). Defendant reserves the right to amend or add defenses upon discovery.

- 3 -

**DEFENDANT GUARDIAN TAX NETWORK INC.'S ANSWER TO CLASS ACTION COMPLAINT**

## FIRST AFFIRMATIVE DEFENSE

### (Failure to State a Claim)

The Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

### (No Use of an ATDS or Prerecorded Voice)

Defendant did not use an ATDS or prerecorded voice as defined under the Telephone Consumer Protection Act.

## THIRD AFFIRMATIVE DEFENSE

### (Consent)

To the extent any call occurred, Plaintiff or a third party provided consent, including prior express or prior express written consent.

## FOURTH AFFIRMATIVE DEFENSE

### (Not a "Called Party")

Plaintiff was not the "called party" under 47 U.S.C. § 227(b).

## FIFTH AFFIRMATIVE DEFENSE

### (Lack of Injury / Article III Standing)

Plaintiff suffered no concrete injury and lacks Article III standing for statutory damages or injunctive relief.

## SIXTH AFFIRMATIVE DEFENSE

### (Constitutional Defenses)

The claims violate Defendant's rights under the First Amendment, Due Process Clause, and Excessive Fines Clause.

## SEVENTH AFFIRMATIVE DEFENSE

### (Safe Harbor / Reasonable Reliance)

Any alleged violation was the result of inadvertence and subject to safe-harbor protections.

- 4 -

**DEFENDANT GUARDIAN TAX NETWORK INC.'S ANSWER TO CLASS ACTION COMPLAINT**

## EIGHTH AFFIRMATIVE DEFENSE

### (Comparative Fault / Third-Party Conduct)

Any alleged calls were made by third parties outside Defendant's control, or Plaintiff's damages were caused by others.

## NINTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

Plaintiff failed to mitigate damages.

## TENTH AFFIRMATIVE DEFENSE

### (Class Action Improper)

The proposed class is uncertifiable because common issues do not predominate, Plaintiff is atypical, individual consent inquiries predominate, and class treatment is not superior.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

Some or all claims are barred by the applicable TCPA limitations period.

## JURY DEMAND

Defendant demands a trial by jury on all issues so triable.


**THURMAN LEGAL**

DATED: December 4, 2025                By: */s/ Michael A. Thurman*
                                           Michael A. Thurman
                                           Attorney for Defendant Guardian Tax
                                           Network Inc.

- 5 -

**DEFENDANT GUARDIAN TAX NETWORK INC.'S ANSWER TO CLASS ACTION COMPLAINT**