**IJH LAW**
Ignacio J. Hiraldo (State Bar No. 354826)
1100 Town & Country Road Suite 1250
Orange, CA 92868
E. ijhiraldo@ijhlaw.com
T. 657.200.1403

*Counsel for Plaintiff and the Proposed Class*

**THURMAN LEGAL**
Michael A. Thurman, (State Bar No. 123303)
1055 E. Colorado Blvd., Fifth Floor
Pasadena, CA 91106
Email: michael@thurman-legal.com
Phone Number: (626) 399-6205

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILFREDA WALLER, individually and on behalf of others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> GUARDIAN TAX NETWORK, INC., <br><br> Defendant. | NO. 8:25−cv−02211−DOC−DFM <br><br> **CORRECTED STIPULATION OF DISMISSAL[1]** |

Plaintiff and Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this matter, with each party to bear their own costs and attorneys' fees.

Plaintiff's claims are dismissed without prejudice, and the claims of the unnamed putative class members are dismissed without prejudice.

---

[1] Corrected to correct case caption.

1

**STIPULATION OF DISMISSAL**

Dated: January 23, 2026

Respectfully submitted,

<table>
<tr><td>

**IJH LAW**

By: */s/ Ignacio Hiraldo*

Ignacio J. Hiraldo (State Bar No. 354826)
1100 Town & Country Road Suite 1250
Orange, CA 92868
E: ijhiraldo@ijhlaw.com
T: 657.200.1403

*Counsel for Plaintiff and Proposed Class*

</td><td>

**THURMAN LEGAL**

*By: /s/ Michael A. Thurman*
Michael A. Thurman
State Bar No. 123303
1055 E. Colorado Blvd., Fifth Floor
Pasadena, CA 91106
Email: michael@thurman-legal.com
Phone Number: (626) 399-6205

*Counsel for Defendant*

</td></tr>
</table>

2
**STIPULATION OF DISMISSAL**

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that counsel for Defendant concurs in the content of this filing and has authorized this filing.

Dated: January 23, 2026            **IJH LAW**


                                                    <u>By: /s/ Ignacio Hiraldo</u>
                                                    Ignacio J. Hiraldo
                                                    State Bar No. 354826
                                                    1100 Town & Country Road Suite 1250
                                                    Orange, CA 92868
                                                    E: ijhiraldo@ijhlaw.com
                                                    T: 657.200.1403

                                                    *Counsel for Plaintiff and Proposed Class*

**STIPULATION OF DISMISSAL**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel of record, who are deemed to have consented to electronic service via the court's CM/ECF system per Civil Local Rule 5.4(d).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed January 23, 2026.

**IJH LAW**

By: /s/ Ignacio Hiraldo
Ignacio J. Hiraldo
State Bar No. 354826
1100 Town & Country Road Suite 1250
Orange, CA 92868
E: ijhiraldo@ijhlaw.com
T: 657.200.1403

*Counsel for Plaintiff and Proposed Class*

**STIPULATION OF DISMISSAL**